COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00612-CR |
| Style: | Lester Jack Bowen v. The State of Texas |
| Date motion filed*: | November 5, 2018 |
| Type of motion: | Second Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant's Retained Counsel Nick G. Davis |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?     No.

If motion to extend time:

| | |
|---|---|
| Original due date: | September 12, 2018 |
| Number of extensions granted: | 1     Current Due Date:  November 5, 2018 |
| Date Requested: | January 4, 2018 (114 days from original due date) |

Ordered that motion is:

☑ Granted, in part

    If document is to be filed, document due:  December 5, 2018.

    ☑    No further extensions of time will be granted absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because appellant's counsel has filed a second 60-day extension request for the same reasons as in his first 60-day request, his second request is **granted, in part**, for 30 days due to the total length requested.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). However, counsel is warned that **no further extensions will be granted absent extraordinary circumstances**.  Accordingly, if appellant's brief is not filed by **December 5, 2018**, the Court may abate for a show-cause hearing.  *See id.* 38.8(b)(2).

Judge's signature: ___/s/ Evelyn V. Keyes_____

                x  Acting individually     ☐  Acting for the Court

Date: ___November 8, 2018___